UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK RULO,                                        CASE NO. CV-15-00736 HSG
               Plaintiff(s),

     v.                                            STIPULATION AND ORDER
                                                                SELECTING ADR PROCESS
RICOH AMERICAS CORPORATION,
RICOH USA, INC., and DOES 1-100,
               Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
    ☐   Non-binding Arbitration (ADR L.R. 4)
    ☐   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    ☐   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ☑   Private ADR (*please identify process and provider*)  <u>Parties will meet and confer to select mediator.</u>

The parties agree to hold the ADR session by:
    ☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    ☑   other requested deadline <u>October 30, 2015, to enable the parties to complete initial fact discovery and depositions before participating in mediation.</u>

Dated:_____                                    _____
                                                              Plaintiff
                                                              Patrick Rulo

Dated:_____                                   _____
                                                              Defendants
                                                              Ricoh Americas Corporation and
                                                              Ricon USA, Inc.

CONTINUE TO FOLLOWING PAGE

**ORDER**

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 5/4/2015

_____
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11