AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

PATRICK RULO
      Plaintiff (s),
V.
RICOH AMERICAS CORPORATION, RICOH USA, INC. AND DOES 1-100
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-00736

Notice is hereby given that, subject to approval by the court, __Patrick Rulo__ substitutes
(Party (s) Name)

__Tatyana Gomerman__, State Bar No. __271834__ as counsel of record in
(Name of New Attorney)

place of __Antonio Gallo__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:   Law Offices of Tanya Gomerman
 Address:    601 Van Ness Ave, Suite 2052
 Telephone:   415-545-8608   Facsimile 855-545-8608
 E-Mail (Optional): attorneytanya@gmail.com

I consent to the above substitution.
Date: Aug 12, 2015
                 (Signature of Party (s))

I consent to being substituted.
Date: Aug 12, 2015
                 (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/17/15
                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/18/2015
                 Haywood S. Gill Jr.
                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## PROOF OF SERVICE

I am a resident of the United States and employed in the County of San Francisco, over the age of eighteen years and not a party to the within action or proceeding. My business address is 601 Van Ness Ave., Suite# 2052, San Francisco, CA 94102.

On August 17, 2015, I served the foregoing documents described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

[X] By placing the true copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Michele Jane Beilke | Antonio Gallo |
| Reed Smith, LLP | The Law Office of Antonio Gallo an Associates |
| 355 South Grand Avenue | 5255 Pomona Blvd, Suite 9 |
| Suite 2900 | Los Angeles, CA 90022 |
| Los Angeles, CA 90071 | |
| (Attorney for Defendant Ricoh America) | (Attorney for Plaintiff) |

[X] I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon, fully prepaid.

I am "readily familiar" with the Firm's practice of collection and processing for mailing. It is deposited with U.S. Postal Service on the same day, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in Affidavit.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on August 17, 2015, at San Francisco, California

Mirali Vazirinejad

1

Proof of service