1
2
3
4     UNITED STATES DISTRICT COURT
5     NORTHERN DISTRICT OF CALIFORNIA
6
7   PATRICK RULO,

         Plaintiff,

   v.

   RICOH AMERICAS CORPORATION, et al.,

         Defendants.

Case No. 15-cv-00736-HSG

**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF FACT DISCOVERY AND ADR CUT-OFF DATES**

Re: Dkt. No. 28

On October 23, 2015, Plaintiff Patrick Rulo ("Plaintiff") filed an ex parte application pursuant to Federal Rule of Civil Procedure 6(b) seeking a 30-day extension of both the parties' fact discovery and ADR cut-off dates. The ADR cut-off is currently set for October 30, 2015 (Dkt. No. 13); fact discovery cut-off is currently set for November 30, 2015 (Dkt. No. 20).

Plaintiff seeks an extension of both deadlines because no depositions are scheduled before the ADR cut-off date and the time to notice and conduct depositions before the fact-discovery cut-off is rapidly approaching. (Dkt. No. 28 at 3-4.) While the Court generally requires a compelling reason for granting an extension to the fact-discovery cut-off date, the docket reflects that Plaintiff has relatively new counsel. (*See* Dkt. Nos. 21, 22.) In addition, Defendant has not opposed the instant application.

//
//
//
//
//
//

Good cause appearing, the Court **GRANTS** Plaintiff's ex parte application and extends the ADR cut-off date until November 30, 2015, and the fact-discovery cut-off until December 30, 2015. No further extensions will be granted absent a showing of compelling cause.

**IT IS SO ORDERED.**

Dated: October 30, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge