1  Michele J. Beilke (SBN 194098)
   REED SMITH LLP
2  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071-1514
3  Telephone: +1 213 457 8000
   Facsimile: +1 213 457 8080
4  Email: mbeilke@reedsmith.com

5  Philip J. Smith (SBN 232462)
   REED SMITH LLP
6  101 Second Street, Suite 1800
   San Francisco, CA 94105-3659
7  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
8  Email: psmith@reedsmith.com

9  Attorneys for Defendants
   Ricoh Americas Corporation and Ricoh USA,
10 Inc.

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 | PATRICK RULO,                          | Case No. 15-00736 HSG
16 |            Plaintiff,                  | **STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE ADR**
17 |     vs.                                | The Honorable Haywood S. Gilliam, Jr.
18 | RICOH AMERICAS CORPORATION, RICOH USA, INC., and DOES 1-100,
19 |            Defendant.

US_ACTIVE-123724483.2                      – 1 –

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE ADR

Plaintiff Patrick Rulo ("Plaintiff") and Defendants Ricoh USA, Inc. and Ricoh Americas Corporation (collectively, "Defendants") (Plaintiff and Defendants will be referred to as the "Parties"), by and through their respective attorneys of record, hereby agree and stipulate to extend their deadline to complete ADR, as follows:

WHEREAS, on May 4, 2015, the Parties submitted a Stipulation and Order Selecting ADR Process ("ADR Stipulation"), selecting private mediation to be completed by October 30, 2015;

WHEREAS, on October 23, 2015, Plaintiff applied ex parte to extend the Parties' deadline to complete ADR to November 30, 2015;

WHEREAS, on October 30, 2015, the Court granted Plaintiff's ex parte application and extended the Parties' deadline to complete ADR on November 30, 2015;

WHEREAS, on November 10, 2015, the Parties spoke with Howard Herman, Director of the Court's ADR Program, to select a form of ADR, but were unable to agree to a form of ADR and agreed to continue their telephone conference with Mr. Herman to November 18, 2015;

WHEREAS, on November 18, 2015, the Parties notified Mr. Herman that the Parties agreed to participate in Court sponsored mediation;

WHEREAS, on November 18, 2015, the Parties notified Mr. Herman that the Parties will not be able to complete their respective initial discovery prior to November 30, 2015, and thus will not be able to adequately prepare for participation in ADR by that date;

WHEREAS, after Defendants proposed extending the deadline to complete ADR to December 30, 2015, Mr. Herman suggested the Parties stipulate to extend the deadline to complete ADR to January 29, 2016 because of the limited availability of mediators close to the holidays;

THEREFORE, the Parties stipulate that good cause exists to extend the deadline to complete ADR to January 29, 2016.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  **IT IS SO STIPULATED, THOUGH COUNSEL**.

2  DATED:  November 25, 2015                    Reed Smith LLP

3

4                                                          By: /s/ Philip J. Smith
                                                               Michele J. Beilke
5                                                              Philip J. Smith
                                                               Attorneys for Defendants
6                                                              Ricoh Americas Corporation and Ricoh USA, Inc.

7  DATED:  November 25, 2015                    Law Offices of Tanya Gomerman

8

9                                                          By: /s/ Arcolina Panto
                                                               Arcolina Panto
10                                                             Attorneys for Plaintiff
                                                               Patrick Rulo
11

12 **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED**.

13 DATED:  December 1, 2015

14                                                         _Haywood S. Gilliam, Jr._ (signature)
15                                                         Haywood S. Gilliam, Jr.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE ADR