Michele J. Beilke (SBN 194098)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Email: mbeilke@reedsmith.com

Attorneys for Defendants
Ricoh Americas Corporation and Ricoh USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RULO,<br><br>            Plaintiff,<br><br>     vs.<br><br>RICOH AMERICAS CORPORATION, RICOH USA, INC., and DOES 1-100,<br><br>            Defendant. | Case No. 15-00736 HSG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: February 2, 2016<br><br>Time: 2:00 p.m.<br><br>Place: Courtroom 15<br><br>Complaint Filed: December 30, 2014<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>[Filed concurrently with Defendants' Request to Appear Telephonically] |

The Court, having reviewed and considered Defendants Ricoh Americas Corporation's and Ricoh USA, Inc.'s (collectively, "Defendants") Request to Appear Telephonically at the Case Management Conference, to be held on February 2, 2016, and good cause appearing therefore, hereby grants Defendants' request to appear telephonically.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**.

Dated:  February 1, 2016

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge