UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RULO,<br><br>        Plaintiff,<br><br>   v.<br><br>RICOH AMERICAS CORPORATION, et al.,<br><br>        Defendants. | Case No. 15-cv-00736-HSG   (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 46 |

Plaintiff Patrick Rulo ("Plaintiff") brings this employment discrimination against his former employer, Defendants Ricoh Americas Corp., as well as Ricoh USA, Inc.. This action has been referred to the undersigned magistrate judge for the resolution of discovery disputes. (Dkt. No. 26.) Fact discovery closed on January 29, 2016. (Dkt. No. 39.) Now pending before the Court is Plaintiff's request for an order permitting Plaintiff to depose one current and two former Ricoh employees: Steven Schuman, Beth Harrison, and Cheri Fry. (Dkt. No. 46; *see also* Dkt. Nos. 41, 41-1.) The Court held a telephone conference on the matter on February 4, 2016. For the reasons stated on the record in open court, the Court GRANTS Plaintiff's request. Accordingly, the Court extends the discovery cut-off in this case for the limited purpose of permitting Plaintiff to take the Schuman, Harrison, and Fry depositions. The Schuman deposition is scheduled for February 11, 2016. The Harrison and Fry depositions are scheduled for March 16 and 17, 2016, with one deposition to occur each day. If the case does not resolve following the parties' settlement conference, Plaintiff can raise his request to take the deposition of Jim Pilzner at that time.

**IT IS SO ORDERED.**

Dated: February 4, 2016

1

2

3   *Jacqueline Scott Corley*
    JACQUELINE SCOTT CORLEY
    United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28